FILED '04 JUL 26 08:25 USDC-ORP

The Notry For the rea
would not Notryse a
Document on 7/6/0

UNited States

IN THE ~~CIRCUIT~~ COURT OF THE STATE OF OREGON

FOR THE COUNTY OF Multnomah CWilNO.

For the District of Okegon    Seal CV 04 1014

In the Matter of Neglect At OSH    )    Case No. Notry Public

Delmer Umbenhower    Claim No. L98033
80337529c
Petitioner,    Pititioner & sighnture    Delmer Umbh

and    this day 4 of July 2004

ORGEN State Hospital    Motion For Apporment of counsel
Respondent. Risk Mangement    subscribed and sworn to me this ___ day of

Deety Clerk / Notary Public
my commission expires _____

Dear Mesure or Madam

I have countless Records of Grievances, Sworn Affidavits
Witnesses And Medical records from MCIJ AND Grievances of ther
neglect to listen tell Findly 2 mos Later After Mislory The fin
give me an anti-biotié that seamc's to be clearing up the fungu
Caused By that Saposed Ani Allagenic Sunblock that started the proble
I keept on requesting to see ter Docter Alled For 2 week Befor
I was sent Back She could not be bottered with my complaents
and requests Now the Law Library was denied For near a mok
I see the Asst once For ½ hr. She makes An appooment to See ter t
next week and I was pulled and another taken in my place
I was promessed and Geranteyed a make up For the hoor I lost
I was able to give Dave the Asst Documents of Regges and ingvu
But he never responded I ask for a responce Time From your
Legal Asst were totally inatective in all maners of Assistence My Cas
Would have turn out different and pending case would not be in
Jepedory If yoU had An Attemptt Law Library and affective Cou

PAGE-1-

Regardless OF the Docters Vrew Eveiariest Findings
They were off the mark Accusing Drug Addiction when Ive been Clean For
a year I have record of Child abuse for PTSD I have recorded
head trama over & over from an Infent to Adult that I have Organ cov
Disorder some doctors say I have